UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 17cr2077-GPC |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INFORMATION |
| LUIS SALCIDO-FLORES, | ) | [ECF No. 22] |
| Defendant. | ) | |

Upon application of the United States Attorney (ECF No. 22), and good cause appearing therefrom,

IT IS HEREBY ORDERED that the information in the above-captioned case against LUIS SALCIDO-FLORES be dismissed without prejudice.

Dated: October 12, 2017

Hon. Gonzalo P. Curiel
United States District Judge